UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DARONTA T. LEWIS,

    Plaintiff,

    v.

DAVID LIVINGSTON,

    Defendant.

Case No. 20-cv-07698-WHO (PR)

**ORDER OF DISMISSAL**

Dkt. Nos. 2, 4, 5 and 8.

Plaintiff Daronta Lewis was ordered to show cause why 28 U.S.C. § 1915(g) does not bar pauper status. (Dkt. No. 7.) Rather than filing a response to the Order to Show Cause (OSC), Lewis filed a motion for voluntary dismissal without prejudice. (Dkt. No. 8.)

Pursuant to Lewis's motion of voluntary dismissal without prejudice, this action is DISMISSED WITHOUT PREJUDICE. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). His motion to proceed *in forma pauperis* (IFP) is DENIED. (Dkt. Nos. 2, 4 and 5.) His motion to dismiss is GRANTED. (Dkt. No. 8.)

The Order to Show Cause is VACATED. If this action is reopened, the Court will reissue the OSC. If Lewis shows that pauper status is not barred, the Court will reconsider his IFP application.

The Clerk shall terminate all pending motions, enter judgment in favor of defendant, and close the file.

**IT IS SO ORDERED.**

**Dated:** June 9, 2021



WILLIAM H. ORRICK
United States District Judge